Aurora Loan Services LLC v. ComUnity Lending Incorporated

EXHIBIT A TO COMPLAINT

|    | Loan Number | Claim Reason |
|----|-------------|--------------|
| 1  | 40197899 | Early Payment Default |
| 2  | 40041469 | Early Payment Default |
| 3  | 40049926 | Early Payment Default |
| 4  | 40336026 | Early Payment Default |
| 5  | 40491656 | Early Payment Default |
| 6  | 40563306 | Early Payment Default |
| 7  | 33784349 | Early Payment Default |
| 8  | 40491185 | Early Payment Default |
| 9  | 40562381 | Early Payment Default |
| 10 | 40296295 | Early Payment Default |
| 11 | 40313785 | Early Payment Default |
| 12 | 33466418 | Early Payment Default |
| 13 | 33466681 | Early Payment Default |
| 14 | 33794264 | Early Payment Default |
| 15 | 40050403 | Early Payment Default |
| 16 | 33810698 | Early Payment Default |
| 17 | 40206211 | Early Payment Default |
| 18 | 40313587 | Early Payment Default |
| 19 | 40537821 | Early Payment Default |
| 20 | 40335861 | Early Payment Default |
| 21 | 18115535 | Misrepresentation(s) |
| 22 | 32629859 | Misrepresentation(s) |
| 23 | 32629784 | Misrepresentation(s) |
| 24 | 31400922 | Misrepresentation(s) |
| 25 | 40050205 | Misrepresentation(s) |
| 26 | 33792987 | Misrepresentation(s) |