Rachel M. Dollar, Esq. (SBN 199977)
SMITH DOLLAR PC
Attorneys at Law
400 W. Third Street, Suite 182
Santa Rosa, CA 95401
Telephone:   707.522.1100
Facsimile:   707.522.1101
Email: rdollar@smithdollar.com

Michael A. Rollin, Esq. (SBN 251557)
Jason M. Lynch, Esq. (To be filed)
Clare Pennington, Esq. (To be filed)
REILLY POZNER & CONNELLY LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
Telephone:   (303) 893 6100
Facsimile:   (303) 893-6110
Email: mrollin@litigationcolorado.com
Email: jlynch@litigationcolorado.com
Email: cpennington@litigationcolorado.com

Attorneys for Plaintiff Aurora Loan Services, LLC

FILED

2007 DEC 28 P 2: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AURORA LOAN SERVICES LLC f/k/a
AURORA LOAN SERVICES, INC. ,

              Plaintiff,

v.

COMUNITY LENDING, INCORPORATED

              Defendant.

CASE NO.:

C07 06502 HRL

CERTIFICATE OF INTERESTED ENTITIES
OR PERSONS

BY FAX

       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

       1.     Aurora Loan Services, LLC, formerly known as Aurora Loan Services, Inc. ("Aurora"), a Delaware limited liability company with its principal place of business in Littleton, Colorado 80124.  Aurora is a wholly owned subsidiary of Lehman Brothers Bank. Lehman

- 1 -

1  Brothers Bank is the sole owner/member of Aurora.

2      2.      Lehman Brothers Bank FSB, a federal savings bank operating under Federal Charter,

3  which designates Wilmington, Delaware as its home office.  Lehman Brothers Bank is a subsidiary

4  of Lehman Brothers Holdings, Inc.

5      3.      Lehman Brothers Holdings, Inc., a Delaware corporation with its principal place of

6  business in New York.

7      Respectfully submitted this 27th day of December, 2007.

8

9                                                      SMITH DOLLAR PC

10

11                                           By _____

12                                                      Rachel M. Dollar
                                                       Attorneys for Aurora Loan Services, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28