Rachel M. Dollar, Esq. (SBN 199977)
SMITH DOLLAR PC
400 W. Third Street, Suite 182
Santa Rosa, CA 95401
Telephone: 707.522.1100
Facsimile: 707.522.1101
Email: rdollar@smithdollar.com

Michael A. Rollin, Esq. (SBN 251557)
Jason M. Lynch, Esq. (To be filed)
Clare Pennington, Esq. (To be filed)
REILLY POZNER & CONNELLY LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
Telephone: (303) 893 6100
Facsimile: (303) 893-6110
Email: mrollin@litigationcolorado.com
Email: jlynch@litigationcolorado.com
Email: cpennington@litigationcolorado.com

Attorneys for Plaintiff Aurora Loan Services, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| Aurora Loan Services LLC f/k/a Aurora Loan Services, Inc., | CASE NO.: C07 06502 |
|---|---|
| Plaintiff, | NOTICE OF STAY OF PROCEEDINGS |
| v. | Judge: |
| ComUnity Lending, Incorporated | Complaint Filed: |
| Defendant. | Trial Date: |

TO THE COURT AND ALL PARTIES:

Please take notice that, on January 4, 2008, prior to service of the Complaint in this action, ComUnity Lending, Incorporated, the sole defendant in this action, filed for bankruptcy protection in the United States Bankruptcy Court for the Northern District of California, San Jose Division, Case No. 08-50030. A copy of the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines is attached hereto as Exhibit A.

Dated: January 23, 2008

SMITH DOLLAR PC

By  /S/
Rachel M. Dollar
Attorneys for Aurora Loan Services, Inc.

-1-
Notice of Stay of Proceedings

# EXHIBIT A

FORM B9F (Chapter 11 Corporation/Partnership Asset Case) (12/07)　　　　　　　　　　　　　　　　　　Case Number **08−50030**

# UNITED STATES BANKRUPTCY COURT
Northern District of California (San Jose)

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 1/4/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
ComUnity Lending, Incorporated
dba 1st Premier Mortgage, dba 1st USA Mortgage and Investment, dba A Better Choice Mortgage, dba Accepted Mortgage Group, dba Access Mortgage LLC, dba Accredited First Financial Mortgage, dba Accurate Lending, dba Ace Mortgage, dba Achill Mortgage, dba Advantage Funding Group, dba Aladdin Mortgage, dba All Valley Mortgage of Clovis, dba Allied Mortgage, dba Alpha Mortgage Funding, dba American Fidelity Mortgage, dba American Mortgage and Financial Services, dba American Mortgage Resources, dba Amoskeag Mortgage, dba Atlantic Coast Financial Group, dba Atlantic Liberty Lending, dba Austinloan.com, dba Avalon Financial Group, dba Award Funding, dba Bay Area Lending, dba Best Rate Lending, dba Black Mountain Mortgage, dba Borrowers Best Mortgage Company, dba Borrowers Best Mortgage MAC 2, dba Buyers Advantage Home Lending, dba California Mortgage Alliance, dba Capital Lending House, dba Capitol Mortgage, dba Central Coast Mortgage, dba Citinet Lending, dba City Wide Mortgage, dba CityLine Financial, dba CJ Mortgage, dba Clear Sky Lending, dba Colorado Community Lending, dba Community Lending Group, dba Community Lending of Greater Chattanooga, dba Community Lending of Las Vegas, dba Community Mortgage America, dba Community Mortgage Lending, dba Community Mortgage Planners, dba ComUnity Lending, dba Consultants West, dba Consumers Choice Mortgage, dba CopperTree Lending, dba Cornerstone Capital, dba Coronado Mortgage, dba Creative Mortgage Solutions, dba Credit Flex, dba Cross Mortgage, dba Crystal Clear Mortgage, dba Definitive Financial, dba Desert Sound Financial Group, dba Direct Funder, dba Direct Home Lending, dba Dream Mortgage, dba F3 Lending Group, dba Fidelity Mutual Financial, dba Financialgroup Mortgage, dba First Assurance Mortgage, dba First Choice Financial Group, dba First Option Mortgage, dba First Rate Mortgage, dba Franklin Mortgage Group, dba G.I. Home Loans, dba Gemini Mortgage, dba Genesis Lending Group, dba Gold Star Mortgage, dba Good Life Financial, dba Heartland Mortgage Group, dba Hemet Mortgage, dba High Q Mortgage Solutions, dba Home Financial, dba Home Lending Team, dba Home Loan Online, dba HomeFindersCenter.com, dba House Mart, dba Ida's Direct Mortgage, dba Illinois Community Lending, dba Imani Mortgage, dba Infinity Capital Lending, dba Innergy Lending, dba InstaLoan Approval, dba J & L Lending, dba J&H Associates Mortgage Grp, dba Jay Royal Mortgage Lending, dba JEI Mortgage Services, dba JMAC Lending, dba JMC Financial, dba Keystone Lending, dba Land America Mortgage, dba Latte Stone Mortgage, dba Lender for Life Mortgage, dba LFC Lending, dba 1st Advantage Mortgage, dba Lighthouse Mortgage, dba Zenith Financial Services, dba Lion Funding Group, dba Loan Services, dba LoanAxis.net, dba LoanSmart Lending, dba Louisiana Community Lending, dba Maxxim Mortgage, dba Metro Home Loans, dba MGM Financial, dba Midwest Equity Financial Services, dba Midwest Lending Source, dba

| | |
|---|---|
| Millenium First Funding, dba Missouri Home Lenders, dba Mortgage Funding Servicing, dba Mortgage Initiative, dba Mortgage Lending Solutions, dba Mortgage MD, dba Mortgage Only, dba Mortgage Partners, dba Mortgage Providers, dba Mortgage Serve of Tallahassee, dba MortgageTown Direct, dba Mountain Point Mortgage, dba MTS Home Loans, dba National Mortgage, dba New Egland Alliance Mortgage, dba Noble Lending Group, dba Northeast Community Lending, dba Number 1 Mortgage, dba Ohio Community Lending, dba Olde Country Fair Mortgage, dba Omega Mortgage Group, dba On The Move Mortgage Services, dba Pacific Lending Group, dba Paradigm Home Lending, dba Paradigm Home Mortagage, dba Paradise Financial Mortgage, dba Paramount Home Lending Network, dba Patriot Home Loans, dba Pennica Lending Group, dba Phoenix Capital Group, dba Pine Star Mortgage, dba Preferred Funding, dba Premier Capital Mortgage, dba Premier Direct Lending, dba Premier Lending Group, dba Prestige Funding Group, dba Prime Rate Mtg, dba Primestar Lending, dba Priority One Lending, dba Provident Lending, dba Quality Mortgage Services, dba Residential Funding, dba Rockview Lending Group, dba SA Taft, dba San Jose Wholesale, dba Satisfaction Mortgage, dba Security National Lending, dba Select Mortgage Services, dba Signature Lending, dba Skyline Funding, dba Source Funding Group, dba Southern Community Mortgage, dba Southwest Capital Funding, dba Special Forces Mortgage, dba Speedy Lending Group, dba SRA Mortgage, dba Summit Community Lending, dba Superior Mortgage, dba Texas Innergy Lending, dba Texas Residential Lending, dba Texline Mortgage, dba The Loan Arrangers, dba The Mortgage Center of Tucson, dba The Mortgage Channel, dba The Principle Lending, dba Three Rivers Mortgage, dba Titan Financial Group, dba TL Mortgage, dba Tri State Community Lending, dba UEX Financial, dba Union Lending, dba Unity Lending, dba Universal Financial Group, dba Universal Lending, dba Universal Lending of Elk Grove, dba Universal Valley Mortgage, dba Unlimited Mortgage Service, dba Urbana Mortgage, dba Valley Mortgage, dba Valley Wide Home Loans, dba Victoria Mtg, dba Victory Lending, dba Virginia Community Lending, dba Wardley Mortgage, dba West Avenue Mortgage, dba West Coast Community Lending, dba Windsor Lending, dba Your Lowest Mortgage<br>1452 N Vasco Rd. #301<br>Livermore, CA 94551 | |
| Case Number:<br>08−50030 | Taxpayer ID/Employer ID/Other Nos.:<br>94−2673933 |
| Attorney for Debtor(s) (name and address):<br>John Walshe Murray<br>Law Offices of Murray and Murray<br>19400 Stevens Creek Blvd. #200<br>Cupertino, CA 95014−2548<br>Telephone number: (650) 852−9000 | |

## Meeting of Creditors

Date: **February 6, 2008**                                                                Time:  **10:30 AM**
Location:  **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113**

### Deadlines to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit):  **5/6/08**          For a governmental unit:  **Must file before 180 days after the date relief was entered.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:

| | |
|---|---|
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. | |
| **Address of the Bankruptcy Clerk's Office:**<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number:  408–535–5118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open:  Monday – Friday 9:00 AM – 4:30 PM | Date:  1/8/08 |

| | **EXPLANATIONS** | FORM B9F (12/07) |
|---|---|---|

| | | |
|---|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |

–– Refer to Other Side for Important Deadlines and Notices ––