**United States District Court**
For the Northern District of California

**\*E-FILED 2/29/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES LLC f/k/a AURORA LOAN SERVICES, INC., <br><br>    Plaintiff, <br>  v. <br><br> COMUNITY LENDING, INCORPORATED, <br><br>    Defendant. <br> _____/ | No. C07-06502 HRL <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Upon filing, this action was scheduled for an initial case management conference on April 14, 2008. Plaintiff has filed a "Notice of Stay of Proceedings," advising that, on January 4, 2008 and before service of the complaint and summons, ComUnity Lending, Incorporated (the sole defendant in this action) filed for bankruptcy protection in this district under Chapter 11 of the Bankruptcy Code. Accordingly, **the initial case management conference is vacated**. The parties shall file a status report re the bankruptcy proceedings no later than **July 29, 2008**. In any event, the parties shall notify the court within ten (10) days of any proceeding in the bankruptcy action that would allow the instant lawsuit to go forward.

Dated: February 29, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-6502 Notice has been electronically mailed to:**

Rachel M. Dollar rdollar@dollarlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

2