**\*E-FILED 01-20-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES LLC f/k/a AURORA LOAN SERVICES, INC., | No. C07-06502 HRL |
| Plaintiff, | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| v. | |
| COMUNITY LENDING, INCORPORATED, | |
| Defendant. | |
| _____/ | |

This matter was stayed several years ago due to defendant's filing for bankruptcy protection. (*See* Docket Nos. 4 and 5). Since then, there has been no indication from the parties of any proceeding in the bankruptcy matter that would allow the instant action to go forward, and this court finds no reason to keep this case on its docket of active litigation. Accordingly, the clerk shall administratively close the file. Either party may file a motion to reopen this matter should a change in circumstances warrant it.

SO ORDERED.

Dated:    January 20, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court

For the Northern District of California

**United States District Court**

For the Northern District of California

1    5:07-cv-6502 Notice has been electronically mailed to:

2    Rachel M. Dollar      rdollar@dollarlaw.com

3    Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the court's CM/ECF program.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28